

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-16-00396-CV

ALVIN JONES AND MONICA
JONES, D/B/A DSPM PRINTING

APPELLANTS

V.

CITY OF FORT WORTH, TARRANT
COUNTY, FORT WORTH
INDEPENDENT SCHOOL
DISTRICT, TARRANT COUNTY
HOSPITAL DISTRICT, TARRANT
REGIONAL WATER DISTRICT,
AND TARRANT COUNTY
COLLEGE DISTRICT

APPELLEES

------------

FROM THE 153RD DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 153-D03741-15

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On November 8, 2016, we notified appellants in accordance with rule of

appellate procedure 42.3(c) that we would dismiss this appeal unless the $205

---

[1]*See* Tex. R. App. P. 47.4.

filing fee was paid. *See* Tex. R. App. P. 42.3(c). Appellants have not paid the $205 filing fee. *See* Tex. R. App. P. 5, 12.1(b).

Because appellants failed to comply with a requirement of the rules of appellate procedure and the Texas Supreme Court's order of August 28, 2015,[2] we dismiss the appeal. *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellants shall pay all costs of this appeal, for which let execution issue. *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL:  SUDDERTH, J.; LIVINGSTON, C.J.; and WALKER, J.

DELIVERED:  December 1, 2016

---

[2]*See* Supreme Court of Tex., *Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-district Litigation*, Misc. Docket No. 15-9158 (Aug. 28, 2015) (listing courts of appeals' fees).